# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Latasha Shereece Calloway | | Chapter: | 7 |
|---|---|---|---|
| | Debtor(s) | Case No.: | 5:17-bk-04923-RNO |

## ORDER DISMISSING CASE

It appearing that the above-named debtor(s) has/have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above-named debtor(s) be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: March 13, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)