# Notice Recipients

District/Off: 0314–5       User: LyndseyPr       Date Created: 3/13/2018
Case: 5:17–bk–04923–RNO    Form ID: pdf010       Total: 19

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr  | John J Martin (Trustee) | pa36@ecfcbis.com |
| cr  | Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov |
| aty | John Robert Caffese | ecf@jrcfirm.com |

                                                                   TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Latasha Shereece Calloway | 1404 Whispering Hills Ct    Effort, PA 18330–8161 |
| cr | Americredit Financial Services, Inc. Dba GM Financial | P.O Box 183853    Arlington, TX 76096 |
| 4997271 | Affinity Fcu | 73 Mountainview Blvd Bldg    Basking Ridge, NJ 07920–3849 |
| 5025428 | Americredit Financial Services, Inc.    Dba GM Financial | P.O Box 183853    Arlington, TX 76096 |
| 4997272 | Americredit/Gm Financial | PO Box 183853    Arlington, TX 76096–3853 |
| 4997270 | Caffese Law Firm | 803 Main St    Stroudsburg, PA 18360–1601 |
| 4997269 | Calloway Latasha Shereece | 1404 Whispering Hills Ct    Effort, PA 18330–8161 |
| 4997273 | Capital One | Attn: General Correspondence/Bankruptcy    PO Box 30285    Salt Lake City, UT 84130–0285 |
| 4997274 | Comenity Bank/Victoria Secret | Attn: Bankruptcy    PO Box 182125    Columbus, OH 43218–2125 |
| 4997275 | Credit One Bank NA | PO Box 98873    Las Vegas, NV 89193–8873 |
| 4997276 | Discover Financial | PO Box 3025    New Albany, OH 43054–3025 |
| 4997277 | FedLoan Servicing | Attention: Bankruptcy    PO Box 69184    Harrisburg, PA 17106–9184 |
| 4997278 | M & T Bank | PO Box 844    Buffalo, NY 14240–0844 |
| 5001569 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946    Harrisburg, PA 17128–0946 |
| 4997279 | Trojan Professional SE | PO Box 1270    Los Alamitos, CA 90720–1270 |

                                                                   TOTAL: 15